10586.   WESTCHESTER FIRE INSURANCE CO. *v.* BELL, adm'r.

LUKE, J.   The judgment originally rendered by this court in this case (24 *Ga. App.* 528), having been reversed by the Supreme Court (151 *Ga.* 187, 106 S. E. 186), the former judgment of this court is vacated, and the judgment of the trial court is
               *Reversed. Broyles, C. J., and Bloodworth, J., concur.*
                   DECIDED MARCH 2, 1921.

    Action on insurance policy; from Fulton superior court — Judge Bell. April 21, 1919.

    *King & Spalding, Daniel McDougald,* for plaintiff in error.
    *McElreath & Scott,* contra.